No. ~~CR-09-00470~~ CR-11 00554 ~~DLJ~~ EJD HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED 2011 AUG 18 P 1:19

### SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

SEALED BY ORDER OF THE COURT

---

THE UNITED STATES OF AMERICA

vs.

DAVID RUSSELL FOLEY, and
ROBERT DEKETT

---

## INDICTMENT

*SEE ATTACHMENT*

---

*A true bill.*

_____
Foreperson

Filed in open court this 17th day of August

A.D. 2011

_____
UNITED STATES MAGISTRATE JUDGE

Bail $ NO BAIL / ONE ARREST WARRANT - DEKETT
NO PROCESS - D FOLEY



# INDICTMENT COVER SHEET

## United States v. David Russell Foley and Robert DeKett

**Count 1:** 18 U.S.C. § 1349)—**Conspiracy to Commit Bank Fraud** (Foley and DeKett)

**Count 2:** 18 U.S.C. §§ 1344(2)—**Bank Fraud** (Foley and DeKett)

**Count 3:** 18 U.S.C. § 1344(2)—**Bank Fraud** (Foley and DeKett)

**Counts 4 and 5:** 18 U.S.C. §1001—**False Statement to Federal Agency** (Dekett Only)

| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | |
| 3 | FILED |
| 4 | 2011 AUG 18 P 1:19 |
| 5 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>N.D. CA. SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 11 00554 HRL |
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 2 – Aiding And Abetting; 18 U.S.C. § 1001 - False Statement to Federal Agency |
| v. | ) | |
| DAVID RUSSELL FOLEY, and ROBERT DEKETT | ) | SAN JOSE VENUE |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1. Countrywide Home Loans ("Countrywide") was a financial institution pursuant to Title 18, United States Code, Section 20(1) that engaged in the business of providing consumers with home mortgages throughout the United States. Countrywide was an insured depository institution as defined by the Federal Deposit Insurance Act, Section 3(c)(2).

INDICTMENT

2. Global VR was a corporation located in San Jose, California, engaged in the business of the development and sale of coin-operated arcade video games based on home gaming technology.

3. Defendant DAVID RUSSELL FOLEY ("FOLEY") resided in Los Gatos, California. Beginning approximately in 2003, FOLEY owned and operated an arcade video game company called UltraCade Technologies ("UltraCade") in San Jose, California. Global VR terminated FOLEY's employment on September 23, 2006.

4. Defendant ROBERT DEKETT ("DEKETT") worked as the Vice President of Business Development for Global VR.

5. Financial institutions typically require mortgage loan applicants to fill out loan applications known as Uniform Residential Loan Applications ("URLAs"). URLAs require borrowers to accurately list their income, assets, employment, and the source of funds for the down payment. Financial institutions rely on the accuracy of the information provided by borrowers in URLAs and documents and other information provided in support of loan applications in evaluating whether to fund mortgages.

## SCHEME AND ARTIFICE TO DEFRAUD

6. FOLEY submitted false documents to Countrywide in order to induce Countrywide to fund a $2,624,475 mortgage of a residence in Los Gatos and a $374,925 home equity line of credit.

7. As part of the scheme and artifice to defraud Countrywide, FOLEY submitted a URLA on October 3, 2006, signed under penalty of perjury, in which he falsely listed Global VR as his current employer and falsely claimed that Global VR owed him a monthly salary.

8. It was further part of the scheme and artifice to defraud Countrywide, FOLEY submitted an application for a home equity line of credit on October 3, 2006, in which he falsely listed Global VR as his current employer and falsely claimed that Global VR owed him a monthly salary.

9. It was further part of the scheme and artifice to defraud Countrywide that FOLEY instructed DEKETT to contact Countrywide to confirm FOLEY's employment at Global VR.

INDICTMENT 2

10. It was further part of the scheme and artifice to defraud Countrywide, that DEKETT agreed to verify the employment information on FOLEY's URLA and home equity applications when he was contacted by Countrywide even though DEKETT knew that FOLEY was no longer employed by Global VR or earning a salary at the time FOLEY sought the Countrywide loans.

11. It was further part of the scheme and artifice to defraud that Countrywide funded FOLEY's home mortgage and home equity line of credit in reliance on the false statements in the URLA and the false employment verifications made by DEKETT.

COUNT ONE: (18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud)

7. The factual allegations in Paragraphs 1 through 11 are re-alleged and incorporated herein as if set forth in full.

8. Beginning on a date unknown, but by no later than on or about September 23, 2006, and continuing to on or about October 3, 2006, in the Northern District of California and elsewhere, the defendants

DAVID RUSSELL FOLEY, and
ROBERT DEKETT

and others known and unknown to the Grand Jury, knowingly and intentionally combined, conspired, and agreed to commit bank fraud in violation of Title 18, United States Code, Section 1344, that is conspired to devise and did devise a scheme and artifice (A) to defraud Countrywide as to a material matter, and (B) to obtain any of the moneys, funds, credits, and assets owned by, and under the custody and control of, Countrywide, by means of materially false and fraudulent pretenses, representations, and promises, and material omissions, to wit: submission of URLA papers to Countrywide on October 3, 2006, for a mortgage in the amount of $2,624,475, and a home equity line of credit in the amount of $374,925, stating that Global VR was FOLEY's current employer and that Global VR owed FOLEY a monthly salary, when in fact, as the defendants well knew, FOLEY had been terminated from Global VR on September 23, 2006 and was owed no salary by Global VR; in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1349.

INDICTMENT 3

COUNT TWO: (18 U.S.C. §§ 1344(2) and 2 - Bank Fraud; Aiding and Abetting)

9. The factual allegations in Paragraphs 1 through 11 are re-alleged and incorporated herein as if set forth in full.

10. On October 3, 2006, in the Northern District of California, the defendants

DAVID RUSSELL FOLEY, and
ROBERT DEKETT

knowingly executed a scheme or artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of material false and fraudulent pretenses, representations, and promises, to wit: submission of URLA papers to Countrywide on October 3, 2006, for a mortgage in the amount of $2,624,475, stating that Global VR was FOLEY's current employer and that Global VR owed FOLEY a monthly salary, when in fact, as the defendants well knew, FOLEY had been terminated from Global VR on September 23, 2006 and was owed no salary by Global VR.

All in violation of 18 U.S.C. §§ 1344(2) and 2.

COUNT THREE: (18 U.S.C. §§ 1344(2) and 2 - Bank Fraud; Aiding and Abetting)

11. The factual allegations in Paragraphs 1 through 11 are re-alleged and incorporated herein as if set forth in full.

12. On October 3, 2006, in the Northern District of California, the defendants

DAVID RUSSELL FOLEY, and
ROBERT DEKETT

knowingly executed a scheme or artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of material false and fraudulent pretenses, representations, and promises, to wit: submission of URLA papers to Countrywide for a home equity line of credit in the amount of $374,925, stating that Global VR was FOLEY's current employer and that Global VR owed FOLEY a monthly salary, when in fact, as the defendants well knew, FOLEY had been

terminated from Global VR on September 23, 2006 and was owed no salary by Global VR.

All in violation of 18 U.S.C. §§ 1344(2) and 2.

COUNT FOUR: (18 U.S.C. § 1001 - False Statement to Federal Agency)

13. On or about September 23, 2010, in the Northern District of California, defendant

ROBERT DEKETT

did willfully and knowingly make and cause to be made a material false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States, to wit, the Federal Bureau of Investigation, by stating to Special Agents Gregory Fine and Scott Medearis that he had no communication with FOLEY after FOLEY was terminated from his employment at Global VR on September 23, 2006, when in truth and in fact, as he then and there well knew, DEKETT communicated with FOLEY on September 24, 2006;

All in violation of 18 U.S.C. § 1001.

COUNT FIVE: (18 U.S.C. § 1001 - False Statement to Federal Agency)

7. On or about September 23, 2010, in the Northern District of California, defendant

ROBERT DEKETT

did willfully and knowingly make and cause to be made a material false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States, to wit:, the Federal Bureau of Investigation, by stating to Special Agents Gregory Fine and Scott Medearis that he did not communicate with Countrywide regarding FOLEY's employment status with Global VR, when in truth and in fact, as he then and there well knew, DEKETT verbally communicated with Countrywide on September 29, 2006,

//
//
//
//

INDICTMENT 5

and indicated that FOLEY was still employed by Global VR.

All in violation of 18 U.S.C. § 1001.

DATED: 8/17/2011

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, Computer Hacking and Intellectual Property Unit

(Approved as to form: _____)
AUSA RICHARD CHENG

INDICTMENT 6

| AO 257 (Rev. 6/78) | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── OFFENSE CHARGED ───
*SEE ATTACHMENT*

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
*SEE ATTACHMENT*

SEALED BY ORDER OF THE COURT

─── DEFENDANT - U.S. ───
2011 AUG 18 P 1:20

▶ DAVID RUSSELL FOLEY

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

**CR 11 00554** DLJ

HRL

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

S/A Gregory S. Fine - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  MELINDA HAAG
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  RICHARD CHENG

─── DEFENDANT ───
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

PENALTY SHEET

## United States v. David Russell Foley and Robert DeKett

**Count 1:** 18 U.S.C. § 1349)—Conspiracy to Commit Bank Fraud
(Foley and DeKett)

Maximum Penalties: 30 years imprisonment, 3 years supervised release, $1,000,000 fine, and a $100 mandatory special assessment.

**Count 2:** 18 U.S.C. §§ 1344(2) and 2 (Aid & Abett)—Bank Fraud (Foley and DeKett)

Maximum Penalties: 30 years imprisonment, 3 years supervised release, $1,000,000 fine, and a $100 mandatory special assessment.

**Count 3:** 18 U.S.C. § 1344(2) and 2—Bank Fraud (Foley and DeKett)

Maximum Penalties: 30 years imprisonment, 3 years supervised release, $1,000,000 fine, and a $100 mandatory special assessment.

**Counts 4 and 5:** 18 U.S.C. §1001—False Statement to Federal Agency (Dekett Only)

Maximum Penalties: 5 years imprisonment, 3 years supervised release, $250,000 fine, and a $100 mandatory special assessment.

Δ1

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED
*SEE ATTACHMENT*

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:** *SEE ATTACHMENT*

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S.**
2011 AUG 18 P 1:20

Robert DeKett

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
N.D. OF CALIFORNIA

**DISTRICT COURT NUMBER**

CR11 00554 DLJ HRL

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

## PROCEEDING
**Name of Complaintant Agency, or Person (&Title, if any)**
S/A Gregory S. Fine - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**Name and Office of Person Furnishing Information on THIS FORM:** MELINDA HAAG
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** RICHARD CHENG

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   **Bail Amount:** NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

# PENALTY SHEET

## United States v. David Russell Foley and Robert DeKett

**Count 1:** 18 U.S.C. § 1349)—**Conspiracy to Commit Bank Fraud** (Foley and DeKett)

    Maximum Penalties: 30 years imprisonment, 3 years supervised release, $1,000,000 fine, and a $100 mandatory special assessment.

**Count 2:** 18 U.S.C. §§ 1344(2)—**Bank Fraud** (Foley and DeKett)

    Maximum Penalties: 30 years imprisonment, 3 years supervised release, $1,000,000 fine, and a $100 mandatory special assessment.

**Count 3:** 18 U.S.C. § 1344(2)—**Bank Fraud** (Foley and DeKett)

    Maximum Penalties: 30 years imprisonment, 3 years supervised release, $1,000,000 fine, and a $100 mandatory special assessment.

**Counts 4 and 5:** 18 U.S.C. §1001—**False Statement to Federal Agency** (Dekett Only)

    Maximum Penalties: 5 years imprisonment, 3 years supervised release, $250,000 fine, and a $100 mandatory special assessment.