1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      FAX: (408) 535-5066
8     E-Mail: Susan.Knight@usdoj.gov
              Hanley.Chew@usdoj.gov
9

10 Attorneys for Plaintiff

11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                   SAN JOSE DIVISION
14
   UNITED STATES OF AMERICA,        )   No. CR 09-00670 EJD
15                                  )       CR 11-00554 EJD
              Plaintiff,            )
16                                  )   STIPULATION AND [PROPOSED]
              v.                    )   ORDER CONTINUING STATUS
17                                  )   HEARING AND EXCLUDING TIME
   DAVID RUSSELL FOLEY,             )
18                                  )
              Defendant.            )   SAN JOSE VENUE
19                                  )
                                    )
20

21     The undersigned parties respectfully request that the sentencing hearing in the above-

22 captioned case scheduled for June 10, 2013 be continued to July 29, 2013.  The reason for the

23 continuance is that Probation Officer Benjamin Flores needs additional time to review the

24 defendant's recent submissions and complete the presentence report.  In addition, AUSA Susan

25 Knight will be in trial before the Honorable Judge Whyte starting on June 24, 2013 through

26 approximately July 15, 2013, and Officer Flores will be unavailable the week of July 22, 2013.

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
                                        1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | DATED: 5/13/13 | _____/s/_____<br>SUSAN KNIGHT |
| 4 | | HANLEY CHEW<br>Assistant United States Attorneys |
| 5 | | |
| 6 | DATED: 5/13/13 | _____/s/_____<br>JEROME MULLINS |
| 7 | | Counsel for Mr. Foley |

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing currently scheduled for June 10, 2013 is continued to July 29, 2013 at 1:30 p.m. SO ORDERED.

DATED: 5/14/2103

_____
EDWARD J. DAVILA
United States District Judge