1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 41241)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      FAX: (408) 535-5066
8     E-Mail: Susan.Knight@usdoj.gov
              Hanley.Chew@usdoj.gov
9
   Attorneys for Plaintiff
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14

15 UNITED STATES OF AMERICA,            ) No. CR 09-00670; 11-00554 EJD
                                        )
16         Plaintiff,                   )
                                        ) STIPULATION AND [PROPOSED]
17      v.                              ) ORDER CONTINUING SENTENCING
                                        ) FROM JULY 29, 2013 TO AUGUST 19,
18 DAVID RUSSELL FOLEY,                 ) 2013
                                        )
19         Defendant.                   )
                                        )
20 _____  )

21      The parties, including the defendant, stipulate as follows:

22 1.   The sentencing for defendant David Russell Foley ("defendant") is currently scheduled

23 for July 29, 2013.

24 2.   The Presentence Report ("PSR") was disclosed to the parties on June 24, 2013. On July

25 7, 2013, defendant served his written objections to the PSR. The Probation Office and the

26 government need additional time to review and respond to defendant's objection.

27 3.   The Probation Office does not oppose a continuance to August 19, 2013.

28

STIPULATION AND [PROPOSED] ORDER
NO. CR 09-00670; 11-00554 EJD            1

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: July 9, 2013

/s/
SUSAN KNIGHT
HANLEY CHEW
Assistant United States Attorneys

DATED: July 9, 2013

/s/
JEROME MULLINS
Counsel for Defendant
DAVID RUSSELL FOLEY

## [~~PROPOSED~~] ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing currently scheduled for July 29, 2013 in the above-captioned case be continued to August 19, 2013.

IT IS SO ORDERED.

DATED: 7/12/2013

HONORABLE EDWARD J. DAVILA
United States District Judge